IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUO FEI ZHENG, | : | CIVIL ACTION NO. 1:08-CV-0223 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| MICHAEL CHERTOFF, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 28th day of February, 2008, upon consideration of petitioner's unopposed motion (Doc. 7) to amend petition for writ of habeas corpus, it is hereby ORDERED that:

1. The motion (Doc. 7) is GRANTED.

2. The Clerk of Court is directed to NOTE on the docket that respondents Martin C. Carlson and Rodney Penner are TERMINATED as they are not named in the amended petition.

3. The Clerk of Court is directed to NOTE on the docket the ADDITION of respondent Thomas Hogan.

4. The Clerk of Court is further directed to serve copies of the amended petition (Doc. 8), the motion for temporary restraining order (Doc. 9), and this order by certified mail on respondents and the United States Attorney.  See R. GOVERNING § 2254 CASES R. 1(b), 4.[1]  All documents filed by the parties and by the court shall be served upon the United States Attorney.

---

[1] The Rules Governing § 2254 Cases shall, to the extent practicable, govern proceedings in the above-captioned case, and the parties should adhere to those provisions in their filings. See R. GOVERNING § 2254 CASES R. 1(b).

5.  Respondents shall file, within twenty days from the date of this order[2], an answer to the amended petition (Doc. 8).  See R. GOVERNING § 2254 CASES R. 1(b), 5(b)-(d) (explaining required contents of answer and supporting materials).

6.  Petitioner shall be permitted to file, within fifteen days of the date on which the answer is filed, a reply to the answer.  See R. GOVERNING § 2254 CASES R. 1(b), 5(e).

7.  The court will decide whether to hold a hearing on the basis of the petition, respondents' answer, and, if filed, petitioner's reply.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[2] The writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243